RICHARD G. ANDERSON, STATE BAR NO. 041246
1365 West Foothill Boulevard
Suite 2
Upland, California 91786
(909) 949-2226

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHELLE ACOSTA

        Defendants.

CASE NO. 2:17-cr-00316-RFB-CWH

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL

FILING FEE IS $250.00

RICHARD G. ANDERSON, Petitioner, respectfully represents to the Court:

    1.    That Petitioner is an attorney at law and a member of the law firm of Anderson & Leblanc, A.P.L.C., with offices at 1365 West Foothill Boulevard, Suite 2, Upland, California, 91786, (909) 949-2226, andersonlaw@live.com.

    2.    That Petitioner has been retained personally or as a member of the law firm of Anderson & Leblanc, A.P.L.C., by MICHELLE ACOSTA, to provide legal representation in connection with the above-entitled case now pending before this Court.

1

3. That since January 5, 1968, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California, where Petitioner regularly practices law. Petitioner has attached a certificate from the State Bar in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court | January 5, 1968 | 041246 |
| United States Court of Appeal | January 5, 1968 | 041246 |
| Supreme Court of United States | November 11, 1974 | 041246 |

5. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

6. That Petitioner has never been denied admission to the State Bar of Nevada.

7. That Petitioner is a member of good standing in the following Bar Associations:

California State Bar Association

8. Petitioner has not filed application(s) to appear as counsel under Local Rule IA011-2 (formerly LR IA 10-2) during the past three (3) years.

9. Petitioner consents to the jurisdiction of the Courts and disciplinary boards of the State of Nevada with respect to the law of this State governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

/ / / / / /

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Dated: October 27, 2017

_____
RICHARD G. ANDERSON

STATE OF CALIFORNIA        )
                           )
COUNTY OF SAN BERNARDINO   )

RICHARD G. ANDERSON, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
RICHARD G. ANDERSON

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document

Subscribed and sworn to before me this 27th day of October, 2017

_____
Notary Public or Clerk of the Court

ROBERTA M. MUSSER
COMM. # 2088725
NOTARY PUBLIC-CALIFORNIA
SAN BERNARDINO COUNTY
MY COMM. EXP. Nov. 17, 2018

3

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE

# DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client to designate MELANIE HILL, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

MELANIE HILL, ESQ.
LAW OFFICES OF MELANIE HILL
9345 WEST SUNSET ROAD, SUITE 100
LAS VEGAS, NV 89148
(702) 362-8500 - PHONE
(702) 362-8505 - FACSIMILE
Email: Melanie@MelanieHillLaw.com

Dated: October 31, 2017

_____
MELANIE HILL

By this designation the petitioner and the undersigned party agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

# APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints MELANIE HILL as her Designated Resident Nevada Counsel in this case.

Dated: 11/1, 2017

_____
MICHELLE ACOSTA

4
VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
MELANIE HILL

8796 / Melanie@MelanieHillLaw.com
Bar Number      Email address

APPROVED:

DATED this 7th day of November, 2017.

_____
RICHARD F. BOULWARE, II
United States District Judge

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617    TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

October 16, 2017

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, RICHARD GALLOWAY ANDERSON, #41246 was admitted to the practice of law in this state by the Supreme Court of California on January 5, 1968; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; that the public record states that information has been provided pursuant to Business and Professions Code section 6086.1(c); and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Membership Records